# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

In Re: Ivy K. Nimley  Case Number: 1:20-bk-10202   Ch: 13

**MOVANT/APPLICANT/PARTIES:**

Chapter 13 Plan ("Plan," Doc. #15)

**OUTCOME:**

__ Granted  __ Denied  __ Approved  __ Sustained

__ Moot  __ Denied without prejudice  __ Withdrawn in open court  __ Overruled

__ OSC Enforced / Released

__ Continued to: _____  For: _____

__ Formal order / stipulation to be submitted by: _____  Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____  From: _____

Response due: _____  From: _____

__ Fee(s) allowed in the amount of: $ _____  Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

By March 12, 2020, the Debtor shall serve a copy of the Plan on both Roundpoint Mortgage Servicing, Corp. and ABS REO Trust II in accordance with the requirements of R.I. LBR 9013-3(b)(1) and file a certificate of service evidencing compliance with this order.

IT IS SO ORDERED:

*Diane Finkle*   Dated: 3/5/20

Diane Finkle, U.S. Bankruptcy Judge