## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Ivy K. Nimley | BK No. 1:20−bk−10202 |
| Debtor(s) | Chapter 13 |

***ORDER GRANTING IN PART MOTION/APPLICATION (doc# 22 ) AFTER HEARING***
***Re: Motion for Emergency Determination re: Extend Automatic Stay , filed by the Debtor***

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, it is ORDERED that for the reasons stated by the Court in its bench decision, which are incorporated herein by reference, the Motion/Application (doc.# 22 ) is hereby **GRANTED IN PART**, and the stay is extended to 5/18/2020, unless otherwise ordered by the Court.

*So Ordered:*

/s/ Diane Finkle, U.S. Bankruptcy Court Judge

Date: **3/19/20**

Entered on Docket: **3/19/20**
Document Number: **26 − 22**

119.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*