**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

In re:

    IVY K. NIMLEY                    BK-20-10202
       Debtor                       CHAPTER 13

**NOTICE OF RESET SECTION 341 MEETING OF CREDITORS**

    **YOU ARE HEREBY NOTIFIED** that the initial section 341 meeting of creditors for the above-captioned case, scheduled as an in-person 341 meeting for 04/24/2020 at 9:30 AM (the "Designated Meeting Time") will now be reset as a telephonic meeting and conducted by **telephone conference**.

    All parties shall appear by telephone at the section 341 hearing in accordance with the instructions below.

    **Call-in Information**

    On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

        Meeting Dial-in No: 1(877)394-5378, and
        when prompted enter the
        Participant Code: 6800947 followed by #.

    To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for your anticipated cooperation in this regard.

    **Instructions for Testifying Debtors and Counsel**

    No later than one day prior to the Designated Meeting Time, the debtor and/or their counsel are required to email the trustees with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number ("Identification Documents"). A copy of the Debtor's identification and proof of social security number must be provided to the Trustee via email at teri@bhrlaw.com. Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures. Attorneys are requested to be sure the debtor(s) have a copy of the completed schedules at the time of the hearing.

    Counsel and debtors should mute their telephones until their case is called.

Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Debtor Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the Trustee immediately following the meeting (attachment #1).

Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit <u>prior</u> to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number. In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the trustee will administer the oath telephonically at the commencement of the 341 meeting (attachment #2).

DATED: April 16, 2020

/s/John Boyajian
John Boyajian, Trustee
Office of the Chapter 13 Trustee
400 Westminster St., Ste 54
Providence, RI 02903
Tel. (401)828-5800
Fax (401)823-3230
Email john@bhrlaw.com

**ADMINISTRATIVE GENERAL ORDER-- FORM B**

```
                UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - - - - - - - - - *
In re:
        IVY K. NIMLEY                   BK-20-10202
            Debtor                      CHAPTER 13

- - - - - - - - - - - - - - - - - - - - - - - - - - - *
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2020, a copy of the foregoing Notice of Reset Section 341 Meeting of Creditors was served by mail, postage prepaid, to Ivy K. Nimley, P.O. Box 72808, Providence, RI 02907 and served by email through the Court's ECF system to: **US Trustee** and all entities and interested parties that are registered users thereof in this case.

/s/ Theresa S. French