UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    IVY K. NIMLEY                    BK-20-10202
       Debtor                      CHAPTER 13

## OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the Debtor's Plan on the following grounds:

1. All necessary tax returns have not been filed. *See* 11 U.S.C. §1325(a)(9); and

2. The Plan is not feasible.

/s/ John Boyajian
John Boyajian, Trustee
400 Westminster Street, Suite 54
Providence, RI 02903
Tel:(401) 223-5550
Fax:(401) 223-5548

## CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Ivy K. Nimley, P. O. Box 72808, Providence, RI 02907 on May 1, 2020.

/s/ Theresa S. French